UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CASE NO. 2:22-CR-0066-Z-BR |
| | § | "ECF" |
| KEENAN FISHER | § | |

## NOTICE OF APPEAL

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now the Defendant, **Keenan Fisher** ("Fisher"), in the above entitled and numbered cause by and through his attorney, Eric Coats, Assistant Federal Public Defender, and files Notice of Appeal, and would show the Court as follows:

1. That on the 8th day of January 2023, judgment and imposition of sentence was entered against Fisher in the above-entitled and numbered cause.

2. Defendant Fisher hereby gives written Notice of Appeal to the United States Court of Appeals for the Fifth Circuit from said judgment of conviction and sentence.

3. Defendant Fisher is indigent. Pursuant to 18 U.S.C. § 3006A(4) and 28 U.S.C. § 753(f), Defendant requests an appellate record be furnished at the United States expense.

Respectfully submitted,

JASON D. HAWKINS
Federal Public Defender
Northern District of Texas

  /s/ Eric Coats
ERIC COATS
Assistant Federal Public Defender
500 S. Taylor, Suite 110
Amarillo, Texas 79101
Phone (806) 324-2370
Fax (806) 324-2372
Texas Bar No. 00783845
Email: eric_coats@fd.org

ATTORNEY FOR DEFENDANT
**KEENAN FISHER**

## CERTIFICATE OF SERVICE

     I hereby certify that on February 10, 2023 , I electronically filed the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court.   The electronic case filing system sent a "Notice of Electronic Filing" to Assistant U.S. Attorney Joshua Frausto, the attorney of record in this case, who has consented in writing to accept this Notice as service of this document by electronic means.

                                                                                   */s/ Eric Coats*
                                                                                  ERIC COATS