# United States Court of Appeals
# for the Fifth Circuit

_____

No. 23-10147
Summary Calendar
_____

United States Court of Appeals
Fifth Circuit
**FILED**
August 23, 2023
Lyle W. Cayce
Clerk

United States of America,

*Plaintiff—Appellee,*

versus

Keenan Fisher,

*Defendant—Appellant.*

_____

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 2:22-CR-66-1

_____

Before Smith, Higginson, and Engelhardt, *Circuit Judges.*

J U D G M E N T

This cause was considered on the record on appeal and the briefs on file.

IT IS ORDERED and ADJUDGED that the appeal is DISMISSED as frivolous.